```
1  KARLEEN S. WOOD
   KARLEEN S. WOOD agent for
2  NANCY L. WARE
   1396 Roxborough Dr.
3  Placentia, CA. 92870

4  Plaintiff In Pro Se
```



```
7              IN THE UNITED STATES DISTRICT COURT FOR

8                THE CENTRAL DISTRICT OF CALIFORNIA
```

SACV11-01275 JST (MLGx)

```
10  KARLEEN S. WOOD, KARLEEN S. WOOD   ) Case No.:
                                       )
11  agent for NANCY L. WARE            ) CERTIFICATE OF INTERESTED PARTIES
                                       )
12  Plaintiffs,                        )
                                       )
13       vs.                           )
                                       )
14  WELLS FARGO BANK N.A., WELLS FARGO )
                                       )
15  HOME MORTGAGE, FIDELITY NATIONAL   )
                                       )
16  TITLE CO. FIRST AMERICAN TRUSTEE   )
                                       )
17  SERVICING SOLUTIONS                )
                                       )
18       Defendants                    )
                                       )
```

20     TO THE CLERK OF THE ABOVE COURT AND THE DEFENDANTS AND THEIR

21     ATTORNEY OF RECORD HEREIN;

22        Plaintiffs Karleen S. Wood and Karleen S. Wood, agent for

23     Nancy L. Ware In pro se, certifies that the following listed

24     persons, associations, persons, firms, partnerships, corporations

25     (including parent companies) or other entities (i) have a

       financial interest in the subject matter in controversy or is a

                    Certificate of Interested Parties - 1

```
 1         party to the proceeding, or (ii) have a non-financial interest in
 2         that subject matter or is a party that could be substantially
 3         affected by the outcome of this proceeding:
 4  1. Karleen S. Wood
 5  2. Karleen S. Wood, agent for Nancy L. Ware
 6         There are no other known parties that have a direct
 7         pecuniary or non-pecuniary interest in the outcome of this
 8         case other than the above-listed. These representations are
 9         made to enable the Court to evaluate possible
10         disqualification or recusal. Plaintiffs' reserves the right
11         to supplement the above in the event it may be deemed
12         warranted upon further discovery.
13
14    Dated:_____              /s/ Karleen S. Wood
15                                      Karleen S. Wood
16
17    Dated:_____              /s/ Karleen S. Wood
18                                      Karleen S. Wood, agent
19                                      For Nancy L. Ware
20
21
22
23
24
25
```